SMITH v ALLENDALE MUTUAL INSURANCE COMPANY, SABRAW v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, BULLOCK v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, CSUTORA v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, HANSEN v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY, and WAUGH v MICHIGAN MILLERS MUTUAL INSURANCE COMPANY. (Docket Nos. 60645, 62465-62470.) Rehearing denied. *Goodman, Eden, Millender & Bedrosian* for plaintiffs-appellants Smith. *Cicinelli, Mossner, Majoros & Alexander, P.C.,* for plaintiffs-appellees Sabraw, Bullock, Csutora and Hansen. *Martin & Martin* for plaintiff-appellee Waugh. *David, Gotshall, Kohl, Secrest, Wardle, Lynch & Clark* for defendants-appellees Allendale Mutual

Insurance Company and Factory Mutual Engineering Association. *Howard S. Otto* and *George M. Tunison* for defendant-appellant Michigan Millers Mutual Insurance Company. Reported at 410 Mich 685.

